HARVEY SCHWARTZ
P.O. BOX 1210, DESERT HOT SPRINGS
CA. 92240
DEFENDANTS APPEARING IN PRO SE


FILED
JUN 04 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re: GARY S. HANN )  Case No.: 6:14-bk-22067-MW
              )  Chapter: 7
(Debtor)      )  ADVERSARY NUMBER
              )  6:15-ap-01007-MW
Debtor        )
              )
GARY S. HANN  )  DEFENDANTS
PLAINTIFF     )  HARVEY SCHWARTZ AND
V.S.          )  HARVEY SCHWARTZ DBA
HARVEY SCHWARTZ AND )  SCHWARTZ PROPERTY MANAGEMENT'S
SCHWARTZ PROPERTY MANAGEMENT )  OPPOSITION TO
DEFENDANTS    )  MOTION FOR RULE 7055
              )  DEFAULT JUDGMENT

## OPPOSITION

THE MOTION FOR DEFAULT JUDGMENT SHOULD BE DENIED FOR THE FOLLOWING REASONS:

1. DEFENDANTS' ANSWER WAS FILED ON APRIL 16, 2015.

2. THE ANSWER FOR DEFENDANT HARVEY SCHWARTZ DBA SCHWARTZ PROPERTY MANAGEMENT WAS PROPER EVEN THOUGH HARVEY SCHWARTZ IS NOT AN ATTORNEY BECAUSE SCHWARTZ PROPERTY MANAGEMENT IS NOT A DISTINCT LEGAL ENTITY AND IS SIMPLY AN ALIAS OF HARVEY SCHWARTZ.

3. AS OF APRIL 16, 2015 NO DEFAULT HAD BEEN ENTERED BY THE COURT OR CLERK. THUS, DEFENDANTS HAD THE ABILITY TO ANSWER AND APPEAR IN THIS CASE.

4. ACCORDINGLY, THE MOTION SHOULD BE DENIED.

5. A RESPONSE MUST BE FILED NO LATER THAN 7 DAYS BEFORE THE HEARING.

Respectfully submitted
HARVEY SCHWARTZ and
HARVEY SCHWARTZ DBA
SCHWARTZ PROPERTY MANAGEMENT

DATED JUNE 4, 2015    _/s/ Harvey Schwartz_
HARVEY SCHWARTZ

DATED JUNE 4, 2015    _/s/ Harvey Schwartz_
HARVEY SCHWARTZ DBA
SCHWARTZ PROPERTY MANAGEMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): **Opposition to Motion For Rule 7055 Default Judgment**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **6/4/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/4/2015 | SAM SCHWARTZ | /s/ Sam Schwartz |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE