HARVEY SCHWARTZ
P.O. BOX 1210, DESERT HOT SPRINGS
CA. 92240
DEFENDANTS APPEARING IN PRO SE


FILED
JUN 04 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re: GARY S. HANN ) Case No.: 6:14-BK-22067-MW
) Chapter: 7
(Debtor) )
) ADVERSARY NUMBER
Debtor ) 6:15-ap-01007-MW
)

GARY S. HANN
PLAINTIFF
V.S.
HARVEY SCHWARTZ AND
SCHWARTZ PROPERTY MANAGEMENT
DEFENDANTS

DEFENDANTS
HARVEY SCHWARTZ AND
HARVEY SCHWARTZ DBA
SCHWARTZ PROPERTY MANAGEMENTS
OPPOSITION TO MOTION
TO AMEND THE COMPLAINT

## OPPOSITION

THE MOTION TO AMEND THE COMPLAINT SHOULD BE DENIED FOR THE FOLLOWING REASONS:

1. DEFENDANTS WOULD BE PREJUDICED IF THE MOTION WERE GRANTED BECAUSE THE CASE HAS BEEN PENDING SINCE JANUARY 9, 2015, DEFENDANTS HAVE ALREADY ANSWERED THE COMPLAINT, THE COURT HAS ALREADY ISSUED A SCHEDULING ORDER, ~~AND~~ THE ALLEGED BASIS FOR THE COMPLAINT WERE BELIEVED BY THE PLAINTIFF PRIOR TO THE FILING OF THIS ACTION, AND THE COURT HAS ALREADY ISSUED AN

ORDER TO SHOW CAUSE AS TO THE COMPLAINT TO WHICH DEFENDANTS HAVE RESPONDED.

2. A RESPONSE MUST BE FILED NO LATER THAN 7 DAYS BEFORE THE HEARING.

Respectfully submitted
HARVEY SCHWARTZ and
HARVEY SCHWARTZ DBA
SCHWARTZ PROPERTY MANAGEMENT

DATED JUNE 4, 2015   _Harvey Schwartz_
HARVEY SCHWARTZ

DATED JUNE 4, 2015   _Harvey Schwartz_
HARVEY SCHWARTZ DBA
SCHWARTZ PROPERTY MANAGEMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _Opposition to Motion To Amend the Complaint_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _6/4/2015_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/4/2015 | SAM SCHWARTZ | _Sam Schwartz_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE